UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:	Shonell Renee Wright-Bapple	Case No.: 12-31480

        Debtor(s)

Chapter 13

STATEMENT THAT NO DEBTS WERE INCURRED AFTER FILING OF ORIGINAL PETITION TO DATE OF CONVERSION, OR ALTERNATIVELY, THAT DEBTS INCURRED AFTER FILING OF ORIGINAL PETITION TO DATE OF CONVERSION ARE REFLECTED ON ORIGINAL SCHEDULES FILED AFTER CONVERSION OF CASE.

(CHECK ONE OF THE FOLLOWING)

[ X ]   No debts were incurred by the debtor(s) after the filing of the original petition initiating the above-captioned bankruptcy case.

[   ]   All debts incurred by the debtor(s) after the filing of the original petition initiating the above-captioned bankruptcy case are reflected on the original schedules filed after conversion of the case.

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I, the undersigned, hereby declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Date: 10/11/2013		/s/ Shonell Renee Wright-Bapple
		Shonell Renee Wright-Bapple

CERTIFICATE OF SERVICE

      I, the undersigned, do hereby declare under penalty of perjury that the above Statement That No Debts Were Incurred After Filing of Original Petition to Date of Conversion was served by electronic means or by first class mail this 11th day of October, 2013 upon the Chapter 7 Trustee and the United States Trustee.

                                                    /s/ Roger C. Hurwitz
                                                    Roger C. Hurwitz
                                                    Counsel for Debtor